**Justices**

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**
KEM THOMPSON FROST

**Clerk**
CHRISTOPHER A. PRINE
PHONE 713-274-2800

Friday, December 19, 2014

Mindy Hall
Official Court Reporter, 268th District Court
8913 Jeske
Needville, TX 77461
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     14-14-01001-CV
        Trial Court Case Number:     12-DCV-200446

Style:  Tony D. Caston
        v.
        Eva M. Wiley, Fernando V. Martinez and Maria C. Martinez

The district clerk has advised this court that a notice of appeal was filed in this case on December 18, 2014.

A post-judgment motion was filed. Accordingly if the record has been requested and payment arrangements have been made, the reporter's record is due to be filed in this Court within 120 days after the judgment was signed, or by **Friday, March 20, 2015**; Tex. R. App. P. 35.3(b)(3).

All court reporters are required to complete and e-file with the Court an information sheet which is located at http://www.txcourts.gov/media/662557/court-reporter-info-sheet.pdf. If no request or payment arrangements have been made, you were not the court reporter in this case, additional court reporters took testimony, or you require an extension of time to file your record, please indicate this information on the form. This information sheet **must** be submitted to the Court within seven days of the date of this notice.

Pursuant to the Tex. R. App. P., Appendix C, Rule 2, all reporter's records must be filed via the court's electronic filing portal.

CHRISTOPHER A. PRINE, CLERK

Deputy Clerk

cc:     Christopher S. Conry (DELIVERED VIA E-MAIL)
        Annie Rebecca Elliott (DELIVERED VIA E-MAIL)
        Oliver Brown (DELIVERED VIA E-MAIL)
        Marcellous S. McZeal (DELIVERED VIA E-MAIL)

**Justices**

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

**Chief Justice**

KEM THOMPSON FROST

**Clerk**

CHRISTOPHER A. PRINE
PHONE 713-274-2800

Friday, December 19, 2014

Christopher S. Conry
600 E. John Carpenter Freeway, Suite 125
Irving, TX 75062
* DELIVERED VIA E-MAIL *

Oliver Brown
The Oliver Law
3100 Richmond Ave., Suite 480
Houston, TX 77098
* DELIVERED VIA E-MAIL *

Marcellous S. McZeal
Grealish & McZeal
700 Louisiana Street, 48th floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    14-14-01001-CV
        Trial Court Case Number:    12-DCV-200446

Style:  Tony D. Caston
       v.
       Eva M. Wiley, Fernando V. Martinez and Maria C. Martinez

The district clerk has advised this court that a notice of appeal was filed in this case. Upon assignment of this case to the Court of Appeals, a $195.00 filing fee is now due by the filing party.

This court has a mediation program. Upon perfecting an appeal, the appellant must complete and file a docketing statement which contains a mediation section. The appellee must also complete and file the Court's mediation docketing statement. Both appellant and appellee must file their statements within 15 days of the date of this letter. Failure to comply will be deemed an affirmative response to mediation on behalf of the non-filing party. Our court's docketing statement and mediation docketing statement are available on the court's website at www.txcourts.gov/14thCOA.

Pursuant to this Court's Local Rule 6, **all attorneys** are required to provide the Court with a valid e-mail address when submitting any document to the Court. Notices or other communications about this case will be delivered via email in lieu of mailing paper documents. Paper copies of notices or other communications about this case can be obtained by a party upon written request. Effective December 1, 2012, Rule 9 of the Texas Rules of Appellate Procedure require that all computer generated documents filed with the Court must be in a typeface no smaller than 14-point and must include a certificate of compliance stating the word count of the document being filed. Failure to comply will result in your document being rejected.

CHRISTOPHER A. PRINE, CLERK

Deputy Clerk



**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Suite 245**
**Houston, Texas 77002**

Tuesday, December 30, 2014

**RE:** **Case No. 14-14-01001-CV**

Style: Tony D. Caston
 v. Eva M. Wiley, Fernando V. Martinez and Maria C. Martinez

   The case was filed in this Court on Thursday, December 18, 2014. To date, our records show that **Appellant** has neither established indigence nor paid the $195 appellate filing fee. *See* TEX. R. APP.P.5; Order Regarding Fees Charges in Civil Cases in the Supreme Court and the Courts of Appeals, Misc. Docket No. 99-9120 (Tex. Jul 21, 1998); TEX.GOV'T CODE ANN. §51.207 (Vernon Supp.2004-05).

   Unless appellant pays the appellate filing fee on or beforeFriday, January 09, 2015, the Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3

T. C. Case # 12-DCV-200446                     Christopher Prine, Clerk

Christopher S. Conry
600 E. John Carpenter Freeway, Suite 125
Irving, TX 75062
***DELIVERED VIA E-MAIL***

**Fourteenth Court of Appeals**

301 Fannin, Suite 245
Houston, Texas 77002

TEXAS
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.49°
02 1W
0001378733 JAN 05 2015

RE: 14-14-0100i-CV
Christopher S. Conry
600 E. Jol
Irving, T

NIXIE        759 7E 1009       0001/14/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77002206270        *2933-03766-06-01

Wrong Address

**FILED IN**
**14th COURT OF APPEALS**
HOUSTON, TEXAS

**JAN 20 2015**

CHRISTOPHER A. PRINE
CLERK